UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

HAWKINS, et. al.,

        Plaintiff,

v.

CITY OF BUFFALO, et. al.

        Defendants.
_____

**RESPONSE TO JUDGE'S ORDER 22-CV-905S**

Civ. No.: 1:22-cv-00905-WMS-HKS

Honorable William M. Skretny
United States District Judge
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: **Brandon Hawkins, et al. v. City of Buffalo, et al.**
**Case No. 22-CV-905S**

**Dear Judge Skretny,**

I am writing to confirm that I have complied with the Court's order regarding the transfer of materials related to the above-referenced case to the new counsel for the plaintiffs, Attorney Prathima Reddy. Specifically, I have hand-delivered the materials the Court directed me to transfer to Attorney Reddy at her office located at 455 Linwood Ave, Buffalo, NY 14209. These items include tax information, the case docket, and a "final memo" containing legal analysis and strategy. Additionally, I have provided what I believe to be the complete set of emails and text messages in my possession exchanged between myself and the plaintiffs regarding this matter. I also followed up with an email and left a voicemail to inform Attorney Reddy of the delivery.

I have been informed that the plaintiffs entered into a mutual release with Advocates for Justice after my departure, addressing a dispute regarding payments, among other matters. After leaving Advocates

for Justice, I did not have the opportunity to represent the plaintiffs independently, as we were unable to come to terms on representation. Furthermore, as I have expressed to the Court, I am taking a step back due to ongoing family medical issues that require my attention, among other reasons. Therefore, I believe there are no additional materials to provide beyond what I have already delivered, and I have made every effort to comply with the Court's order. I sincerely wish the plaintiffs and their new counsel the best moving forward.

**Yours respectfully,**

*/s/Nathan McMurray*

Former Counsel for Plaintiffs

Brandon Hawkins, Katelynn Bolden, and Erica Seymour
Dated:  August 26, 2024