UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRANDON HAWKINS, et al.,

Plaintiffs,

v.

CITY OF BUFFALO, et al.,

Defendants.

**DECLARATION OF PRATHIMA REDDY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Judge: Hon. Meredith A. Vacca

Civ. No.: 1:22-cv-00905-MAV-HKS

I, Prathima Reddy, do hereby declare as follows:

1. I am an attorney licensed in the State of New York. I have been retained as counsel for Plaintiffs, Brandon Hawkins, Katelynn Bolden, and Erica Seymour ("Plaintiffs").
2. I submit this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Complaint.
3. Plaintiffs filed this action on November 21, 2022, against Defendant City of Buffalo, et al. ("Defendants").
4. The Complaint was filed by Plaintiffs' prior counsel Nathan D. McMurray and Laine Alida Armstrong, who represented ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS.
5. On August 9, 2024, I filed a Notice of Appearance on Plaintiffs' behalf (ECF No. 23) after Plaintiffs' former counsel filed a Motion to Withdraw (ECF No. 22).
6. On June 17, 2026, the Court issued a Decision and Order granting Plaintiffs leave to file an amended complaint.

7. The Court's Order did not expressly set a deadline for filing the Amended Complaint. Because the Order set specific deadlines for the parties' subsequent filings but not for the Amended Complaint, my office anticipated that the Court would issue a further order setting the filing date. While awaiting that order, my office overlooked the fourteen-day period under Local Rule 15(c). When no such order issued, my office contacted the Clerk's Office to obtain clarification regarding the applicable deadline.

8. On or about July 8, 2026, I was advised by the Clerk's Office that, absent a different deadline set by the Court, Local Rule 15(c) generally requires an amended pleading to be filed within fourteen (14) days of the order granting leave to amend.

9. Plaintiffs thereafter filed the Amended Complaint on July 22, 2026. The timing of the filing was not intentional, strategic, or undertaken for any tactical advantage. Plaintiffs acted in good faith in attempting to comply with the Court's Order and applicable rules. I regret the oversight and respectfully apologize to the Court.

10. After Plaintiffs filed the Amended Complaint, Defendants did not move to strike the pleading, challenge service, or otherwise object to the filing of the Amended Complaint. Instead, Defendants twice requested by email additional time to respond to the Amended Complaint, and Plaintiffs consented to both requests: first, on August 5, 2026, to an extension through September 21, 2026, and then to a further extension through October 23, 2026. Defendants did not object to the timing of the Amended Complaint in either request.

11. Defendants ultimately filed their Motion to Dismiss on October 15, 2026.

12. To my knowledge, Defendants have not identified any unavailable witness, lost evidence, impaired defense, or other prejudice resulting from the timing of the filing of the Amended Complaint.

I, Prathima Reddy, declare under penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2026
Buffalo, NY

*/s/Prathima Reddy*
Prathima Reddy
THE REDDY LAW FIRM
455 Linwood Ave
Buffalo, NY 14209
Phone: (646) 468-4257
Fax: (510) 217-3541
Email: preddy@thereddylaw.com
E-Service: eserve@thereddylaw.com